UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Diana Rodriguez

Case No.: 19-10828
Chapter: 7
Judge: SLM

## NOTICE OF PROPOSED ABANDONMENT

__Nancy Isaacson__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Stacey L. Meisel__ on __March 26, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
125 Union Ave
Paterson, NJ
Value : $270,000.00
405 S. Ocean Blvd
North Myrtle Beach, SC
$16,000.00

Liens on property:
Fairfield Acceptance
$11,524.76
Mr. Cooper
$440,821.26

Amount of equity claimed as exempt: $4,475.24

Objections must be served on, and requests for additional information directed to:

Name: Nancy Isaacson
Address: 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3701
Telephone No.: (973) 535-1600

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-10828-SLM
Diana Rodriguez                                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Feb 22, 2019
                            Form ID: pdf905          Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2019.
db              #+Diana Rodriguez,    124 Union Ave,    Paterson, NJ 07502-1850
517972019        Hyundai Motor Finance,    PO Box 6608914,    Dallas, Tx 75266
517972020       +Mr Cooper,   PO Box 60516,    City of Industry, CA 91716-0516
517972023        PSE&G,   c/co Ontract Callers Inc.,    Augusta, GA
517972024        Synchrony Bank,    c/o JH Portfolio Debt,    5757 Phantom Drive, Ste 225,    Florissant, MO  63032
517972026       +Synchrony Bank,    c/o Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2019 00:14:00      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2019 00:13:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:19:35
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517972021       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 23 2019 00:18:15      Credit One Bank,
                 c/o LVNV Funding LLC,    PO Box 1269,    Greenville, SC 29602-1269
517972022        E-mail/Text: mrdiscen@discover.com Feb 23 2019 00:12:35      Discover Financial Services,
                 PO Box 15316,    Wilmington, DE  19850
517972018       +E-mail/Text: bankruptcydept@wyn.com Feb 23 2019 00:14:35      Fairfield Acceptance',
                 10750 W. Charleston,    Suite 130,    Las Vegas, NV 89135-1049
517972025       +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:18:36      Synchrony Bank,
                 c/o Portfolio Recovery,    PO Box 542000,    Orlando, FL 32896-0001
517969975       +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:17:50      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517968391        CREDIT ONE BANK,C/O LVNV FUNDING LLC,PO BOX 1269,G,    DISCOVER FINANCIAL SERVICES,PO BOX 15316,
                 FAIRFIELD ACCEPTANCE,10750 W. CHARLESTON,    HYUNDAI MOTOR FINANCE,PO BOX 6608914,Dal,
                 MR. COOPER,PO BOX 60516,City of Industry,    PSE&G,c/o ONTRACT CALLERS INC.,Augusta,G
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2019 at the address(es) listed below:
              David J. Finkler    on behalf of Debtor Diana  Rodriguez DFinkler.LawDJF@verizon.net
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage
               Investments II Trust 2006-AR6 Mortgage Pass-Throu dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset
               Mortgage Investments II Trust 2006-AR6 Mortgage Pass-Throu kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nancy Isaacson    nisaacson@greenbaumlaw.com,    isaacson@remote7solutions.com;J101@ecfcbis.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```